No. 365. McIntosh v. United States; and

No. 368. Persico v. United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of these petitions. Reported below: 425 F. 2d 1375.

No. 395. Lazarus v. United States. C. A. 9th Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition.

No. 415. United States v. Waterman, Largen & Co., Inc. Ct. Cl. Certiorari denied. Mr. Justice Harlan, Mr. Justice Stewart, and Mr. Justice Blackmun are of the opinion that certiorari should be granted.

No. 416. Commissioner of Internal Revenue v. Steadman et ux. C. A. 6th Cir. Certiorari denied. Mr. Justice Harlan, Mr. Justice Stewart, and Mr. Justice Blackmun are of the opinion that certiorari should be granted.

No. 425. Schieffelin & Co. et al. v. United States. C. C. P. A. Certiorari denied. Mr. Justice Douglas and Mr. Justice Stewart are of the opinion that certiorari should be granted.

No. 5121. Donaldson v. O'Connor et al. Sup. Ct. Fla. Motions of Medical Committee for Human Rights, Connecticut Psychologists for Social Action, American Civil Liberties Union, and New York Lawyers' Committee for Civil Rights Under Law for leave to file briefs as amici curiae granted. Certiorari denied without prejudice to petitioner's right to apply to appropriate United States District Court for relief.